USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/19/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IMAN E. HASSON,

    Plaintiff,

-against-

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

22-CV-5546 (BCM)

ORDER SCHEDULING ORAL ARGUMENT

**BARBARA MOSES, United States Magistrate Judge.**

Judge Moses will hold oral argument in this action on **March 21, 2024, at 10:00 a.m.**, in Courtroom 20A of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007.

Dated: New York, New York
      January 19, 2024

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**