**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
IMAN E. HASSON,

                    Plaintiff,

      -against-                                      22 **CIVIL** 5546 (BCM)

                                                                **<u>JUDGMENT</u>**

COMMISSIONER OF SOCIAL SECURITY,

                    Defendant.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order dated March 21, 2024, the Commissioner's decision was based on the correct legal standards and was supported by substantial evidence. Therefore, plaintiff's motion for judgment on the pleadings (Dkt. 22) is DENIED and the Commissioner's cross-motion for judgment on the pleadings (Dkt. 24) is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York

      March 22, 2024

                                                    **RUBY J. KRAJICK**
                                                    **Clerk of Court**

                         **BY:**              *K. Mango*
                                      _____
                                               **Deputy Clerk**